JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO BERNABE FLORES, | ) | No. SACV 19-1147-GW (AGR) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| STU SHERMAN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Opinion and Order on Second or Successive Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: July 10, 2019

_____
GEORGE H. WU
United States District Judge